USDC/ATTY-003  (Rev. 2/07) | LR 16.1  Report of Parties Planning Meeting

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT   CHARLESTON

Meredith Ellison

V.

REPORT OF PARTIES' PLANNING MEETING
CASE NUMBER   2:09-cv-01549

Ocwen Loan Servicing, LLC

> *Guideline for parties and attorneys:*
> The parties are advised to use the *Worksheet for Report of Parties Planning Meeting* (Form  USDC/ATTY-004 located on the Court's website at www.wvsd.uscourts.gov) and the suggested guidelines contained in the form's comments.

1.  Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on ___February 18, 2010___ . Those participating were:

    ___Daniel F. Hedges___   for plaintiff(s)

    ___Chris R. Arthur, Esquire___   for defendant(s) ___Ocwen Loan Servicing, LLC___

    _____   for defendant(s) _____

    _____   for defendant(s) _____

2.  Pre-Discovery Disclosures.  The parties will exchange by ___March 19, 2010___ the information required by Fed.R.Civ.P. 26(a)(1).

3.  Plaintiff(s) should be allowed until ___March 19, 2010___ to join additional parties and until ___March 26, 2010___ to amend the pleadings.  Defendant(s) should be allowed until ___March 29, 2010___ to join additional parties and until ___April 12, 2010___ to amend the pleadings.

USDC/ATTY-003 | LR 16.1 (Rev. 2/07) Report of Parties Plainning Meeting

4.    Discovery Plan. The parties jointly propose to the court the following discovery plan: [Use separate paragraphs or subparagraphs as necessary if parties disagree.]

   Discovery will be needed on the following subjects:

Loan Servicing; and Payment history.

   Disclosure of electronically stored information should be handled as follows:

This will be addressed by the parties if necessary.

   The parties have agreed to an order regarding claims of privilege or of protection as trial-preparation material asserted after production, as follows:

This will be addressed by the parties if necessary.

   This action   is not   suitable for designation as a complex case requiring special case management procedures and additional pretrial conferences. If the parties and attorneys believe that the case is complex, the basis for that belief is:

   The last date to serve discovery requests is ___October 5, 2010___. The last date on which to take a discovery deposition is 45 days after the last date to serve discovery requests. The last date on which to take a discovery deposition is known as the "discovery completion date." [Discovery on _____ to be completed by ___November 19, 2010___.]

   The parties   do   adopt the discovery limits set forth in the Federal Rules of Civil Procedure. If the parties and attorneys believe that more discovery is needed, the basis for that belief is:

USDC/ATTY-003 | LR 16.1 (Rev. 2/07) Report of Parties Plainning Meeting

Reports from retained experts under Rule 26(a)(2) due:

By the party with the burden of proof on an issue: __September 20, 2010__ ;
By the party not bearing the burden of proof on an issue: __October 20, 2010__ ; and
Expert witness disclosures intended solely to contradict or rebut evidence on the same issue identified by another party: __November 9, 2010__ .

5. Magistrate judges will resolve discovery disputes. The parties do not consent to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

6. Mediation shall take place on or before __December 20, 2010__ .

7. Potential dispositive motions shall be filed by __December 20, 2010__ , with responses and replies filed according to the Local Rules.

8. The parties request a pretrial conference in __February, 2011__ .
The plaintiff(s) shall submit a proposed pretrial order to defendant(s) on or before __January 31, 2011__ .
The defendant(s) shall compile a proposed integrated pretrial order and submit it to chambers of the presiding judicial officer on or before __February 14, 2011__ .

9. Where applicable, proposed jury instruction shall be exchanged and transmitted to chambers of the presiding judicial officer in WordPerfect format on or before __March 2, 2011__ .

10. Where applicable, proposed findings of fact and conclusions of law shall be exchanged and transmitted to chambers of the presiding judicial officer in WordPerfect format on or before __March 1, 2011__ .

11. A final settlement conference will take place on __March 7, 2011__ .

USDC/ATTY-003 | LR 16.1 (Rev. 2/07) Report of Parties Plainning Meeting

12.     The case should be ready for trial by ____March 8, 2011____, and at this time is expected to take approximately _____2_____ days.

The parties do not request a conference with the court before entry of the scheduling order.

| /s/ Chris R. Arthur | /s/ Daniel F. Hedges |
|---|---|
| Chris R. Arthur, Esquire (WVSB #9192)<br>Samuel I. White, PC<br>300 Capitol Street, Suite 1600<br>Charleston, WV 25301 | Daniel F. Hedges, Esquire (WVSB # 1660)<br>Pepper & Nason<br>8 Hale Street<br>Charleston, WV 25301 |